██ In the Matter of DELBERT ODE, Petitioner, v WALTER KELLY et al., Respondents.—Motion to vacate abandonment

and dismissal of proceeding denied. *(See, Matter of Simmons v Kelly,* 159 AD2d 1030.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.